IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| MITCHELL DALTON HUNSAKER,<br><br>        Plaintiff,<br>   v.<br><br>JAMIE MILLER, Snake River Correctional Institution Superintendent, JACOB WAGNER, Oregon Department of Corrections Correctional Officer, JOE CASILLAS, and EZRA HAYNES, in their individual capacities,[1]<br><br>        Defendants. | Case No.: 2:25-cv-00039-AR<br><br>ORDER |

**Adrienne Nelson, District Judge:**

      United States Magistrate Judge Jeff Armistead issued Findings and Recommendation in this case on November 21, 2025. Findings & Recommendation, ECF [23]. Judge Armistead recommended that defendants' motion for summary judgment should be granted, and that plaintiff's civil rights and state-law claims against defendants should be dismissed without prejudice. *Id.* at 8. Judge Armistead's Findings and Recommendation was mailed to plaintiff, who is self-represented, and was returned as undeliverable on December 8, 2025. ECF [25]. This Court thus directed plaintiff to file a notice of address change by December 30, 2025. Order of December 16, 2025, ECF [27]. The Court's mailing to plaintiff was again returned as undeliverable on December 29, 2025. ECF [28]. No party has filed objections to Judge Armistead's Findings and Recommendation. The matter is now before this Court pursuant to 28 U.S.C. § 636(b)(1)(B) and Federal Rule of Civil Procedure 72(b).

      A district court judge may "accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge." 28 U.S.C. § 636(b)(1)(C). If any party files objections to a magistrate judge's proposed findings and recommendations, "the court shall make a de novo

---

[1] The docket includes only first initials for several defendants and misspells one of defendants' last names. The Court uses the spelling of defendants' full names provided in defendants' filings. *See* Defs. Answer, ECF [14], at 1-2.

determination of those portions of the report." *Id.* No standard of review is prescribed for portions of the report for which no objections are filed, and no review is required in the absence of objections. *Thomas v. Arn*, 474 U.S. 140, 152-54 (1985). A district judge is not, however, precluded from *sua sponte* review of other portions of the report, under a *de novo* standard or otherwise. *Id.* at 154. The Advisory Committee notes to Federal Rule of Civil Procedure 72(b) recommend that unobjected to proposed findings and recommendations be reviewed for "clear error on the face of the record." Fed. R. Civ. P. 72(b) advisory committee's note to 1983 amendment.

Under Local Rule 83-10(a), "every self-represented party[] has a continuing responsibility to notify the Clerk's Office whenever [their] mailing address, telephone number, and/or e-mail address changes." Additionally, when (1) "the Court sends mail to the last known address of" a self-represented party, (2) the mail is returned as undeliverable, (3) the unrepresented "party has failed to notify the Clerk of a changed address," and (4) "the failure to notify the Clerk of the change of an address continues for [sixty] days, then the Court may strike appropriate pleadings, enter a default, or dismiss the action." Local R. 83-12. The Court's mailings to plaintiff have been returned as undeliverable in this case since October 31, 2025. ECF [22]. Plaintiff is therefore cautioned that this alone may constitute grounds for dismissal.

However, the Court need not reach that issue here. Because no party in this case has made objections, this Court reviews Judge Armistead's Findings and Recommendation for clear error on the face of the record. Finding no such error, the Court ADOPTS Judge Armistead's Findings and Recommendation, ECF [23]. Defendants' motion for summary judgment, ECF [16], is GRANTED. Plaintiff's claims against defendants are DISMISSED without prejudice. Judgment shall follow.

IT IS SO ORDERED.

DATED this 27th day of January, 2026.

_____
Adrienne Nelson
United States District Judge